SET ASIDE APPELLANT'S CONVICTIONS BASED ON THE RATIO-
NALE OF *UNITED STATES v. KIRKLAND* DUE TO THE UNRE-
SOLVED APPEARANCE OF UNFAIRNESS?

Briefs will be filed under Rule 25.

No. 15–0206/NA.  U.S. v. Jeffrey F. Morris.  CCA 201300348.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 29, 2014.

No. 15–0209/AF.  U.S. v. Logan B. Carr.  CCA 38025.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 29, 2014.

Tuesday, December 9, 2014

No. 14–0773/AF.  U.S. v. Jeremiah L. Thompson III.  CCA 38269.  On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

WHETHER APPELLANT'S CONVICTIONS FOR POSSESSION AND RECEIPT OF CHILD PORNOGRAPHY MUST BE SET ASIDE BECAUSE SEVERAL DEPICTIONS OFFERED IN SUPPORT OF THE SPECIFICATIONS ARE NOT CHILD PORNOGRAPHY AND ARE CONSTITUTIONALLY PROTECTED, A GENERAL VERDICT WAS ENTERED, AND IT IS IMPOSSIBLE TO DETERMINE WHETHER THE LEGALLY PROTECTED IMAGES CONTRIBUTED TO THE VERDICT.

No briefs will be filed under Rule 25.

No. 12–0616/AR.   U.S. v. Timothy E. Bennitt.   CCA 20100172.   Appellee's motion for leave to file a supplemental joint appendix out of time is granted.

Wednesday, December 10, 2014

No. 15–0051/AF.   U.S. v. Franklin G.U. Cruz.   CCA 38296.   On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, we note that Appellant raises issues not previously considered by the Court of Criminal Appeals.   Accordingly, it is ordered that said petition is hereby granted on the following issues:

  I.   WHETHER THE MILITARY JUDGE ERRED IN FINDING PERSONAL JURISDICTION OVER APPELLANT.